

Garson, Segal, Steinmetz, Fladgate LLP

Robert Garson ◊
Michael Steinmetz * ∝
Chris Fladgate °
Thomas Segal ˆ

Stephen Greenwald
John Lane ∝
Timothy Kendal ◊
Ilan Ben Avraham ∇

Kevin Kehrli ‹
Maddie Brown

Additional Bar Memberships
◊ England and Wales
ˆ Paris
* New Jersey
‹ Pennsylvania

∝ Patent Bar
° Victoria (Australia)
∇ Israel
  Colorado

Tel: +1 (212) 380-3623
Fax: +1 (347) 537-4540

Email: kk@gs2law.com

> The request is granted. The initial conference is adjourned until November 5, 2021 at 10:00 a.m.
>
> SO ORDERED.
>
> /s/ Alvin K. Hellerstein
> October 13, 2021

October 12, 2021

Hon. Alvin K. Hellerstein
Southern District Court of New York
500 Pearl Street
New York, New York 10007

**VIA ECF**

**RE:     LG Capital Funding, LLC v. Green Automotive Company, Inc.**
         **Case No.: 21-cv-6064 (AKH)**

To the Hon. Alvin K. Hellerstein:

This firm represents LG Capital Funding, LLC, Plaintiff in the above-captioned matter. I write to request an adjournment of the Initial Conference presently scheduled for October 15, 2021 at 10am to a date following October 18, 2021 for the reasons below.

Plaintiff commenced this action against Defendant, Green Autmotive Company, Inc. by Summons and Complaint on July 15, 2021. Plaintiff effectuated service on Defendant on August 25, 2021 (Dkt. 6). On September 8, 2021, I was contacted by counsel representing Defendant, who sought a 30-day extension in Defendant's time to answer in an effort to resolve the matter without further litigation. I agreed to the same, and Defendant's answer or responsive motion is now due on October 18, 2021. Accordingly, Plaintiff respectfully requests that the Court adjourn the Initial Conference to a date following the expiration of Defendant's time to answer.

Finally, I would like to note to the Court and place on the record that on numerous occasions, I have requested that Defendant's counsel file a notice of appearance in the matter so that we could formalize the extension through a filed stipulation in order to keep the Court apprised, but he has opted not to do so.

Respectfully Submitted,

_____/s/_____
Kevin Kehrli