UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF NEW YORK
\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\- X
                                                                               :
LG CAPITAL FUNDING, LLC,                                                       :
                                                                               :   **ORDER**
                              Plaintiff,                                       :
                                                                               :   21 Civ. 6064 (AKH)
        v.                                                                     :
                                                                               :
GREEN AUTOMOTIVE COMPANY,                                                      :
                                                                               :
                              Defendant.                                       :
                                                                               :
\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

   A suggestion of settlement having been made, this case is dismissed. If the settlement is not consummated within 30 days of this order, or an authorized enlarged date, either party may apply by letter for restoration of the action within 10 days after the close of said period. All pending court dates are cancelled. The Clerk is directed to close the case.

   SO ORDERED.

Dated:   November 29, 2021                       /s/ Alvin K. Hellerstein
         New York, New York                 ALVIN K. HELLERSTEIN
                                            United States District Judge

1